# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DARYL JEROME HILL                                                                                PLAINTIFF

V.                                           NO: 4:13CV00339 SWW

PATRICK BENCA *et al*.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of June, 2013.

*/s/Susan Webber Wright*
UNITED STATES DISTRICT JUDGE